**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

STATE OF DELAWARE           )
                                  )
     v.                        )   I.D. # 2212011078
                                  )
J'SHAWN EDWARDS,         )
                                  )
        Defendant.         )

Submitted: June 6, 2025
Decided: June 17, 2025

## <u>ORDER</u>

This 17th day of June 2025, upon consideration of the Motion for Correction of an Illegal Sentence filed by Defendant J'Shawn Edwards ("Edwards");[1] and the record in this case, it appears to the Court that:

1. Edwards pled guilty on December 7, 2023 to Illegal Gang Participation, Manslaughter, three counts of Possession of a Firearm During the Commission of a Felony ("PFDCF"), Conspiracy First Degree, and Reckless Endangering First Degree. He was sentenced on February13, 2014 as follows: 25 years at Level V, suspended after 5 years, for decreasing levels of supervision on the Manslaughter charge; 25 years at Level V, suspended after three years for probation on each of the PFDCF charges; five years at Level V, suspended after one year for probation on the

---

[1] D.I. 47

reckless endangering and conspiracy charges, and three years at Level V, suspended after one year for probation on the gang participation charge.[2]

2. In his Motion, Edwards argues that two of the PFDCF charges to which he pled guilty – Counts 10 and 13 – and for which he received consecutive sentences are the same sentence, resulting in a violation of his right to be safeguarded against double jeopardy.[3]

3. Pursuant to Criminal Rule 35(a), the Court may correct an illegal sentence at any time.[4] A sentence is illegal if it violates double jeopardy, is ambiguous with respect to the time and manner in which it is to be served, is internally contradictory, omits a term required to be imposed by statute, is uncertain as to the substance of the sentence, or is a sentence that the judgment of conviction did not authorize.[5] The Court may correct a sentence imposed in an illegal manner within the time provided for the reduction of sentence which is 90 days of the imposition of sentence.[6]

---

[2] D.I. 40.
[3] *Id.*
[4] Super. Ct. Crim. R. 35(a).
[5] *Brittingham v. State,* 705 A.2d 577, 578 (Del. 1998).
[6] Super. Ct. Crim. R. 35(a) and (b).

4.      Edwards was indicted on January 3, 2023[7] and reindicted on June 5, 2023.[8]   Count 10 of the Re-Indictment alleged that Edwards on or about September 24, 2020 "did knowingly and unlawfully possess a firearm…during the commission of Attempted Murder First Degree, a felony as set forth in Count 9 of this Indictment, which is incorporated herein by reference."[9]   The alleged victim in Count 9 was Akeem Henry.[10]   Count 13 alleged that Edwards on or about September 24, 2020 "did knowingly and unlawfully possess a firearm…during the commission of Attempted Murder First Degree, a felony as set forth in Count 12 of this Indictment, which is incorporated herein by reference."[11]  The victim in Count 12 was Sakai Clark.[12]   The Re-Indictment was amended for the plea hearing on December 7, 2013.   The amendments simply reflect the lesser included felonies of Count 9 - Reckless Endangering First Degree - and Count 12 - Assault First Degree - to which Edwards also entered guilty pleas.[13]   The amended counts allege he possessed a firearm during the commission of two separate felonies – Reckless Endangering First Degree in Count 10 and Assault First Degree in Count 13.   While both counts

---

[7] D.I. 2.
[8] D.I. 17.
[9] *Id.*
[10] *Id.*
[11] *Id.*
[12] *Id.*
[13] D.I. 26.

allege that Edwards violated the same statute on the same day, they allege he possessed a firearm during the commission of different felonies with different victims. Counts 10 and 13 do not allege the same crime and there is no double jeopardy violation.

**THEREFORE,** Defendant J'Shawn Edwards' Motion for Correction of an Illegal sentence is **DENIED.**

**IT IS SO ORDERED.**

/s/ *Ferris W. Wharton*
Ferris W. Wharton, J.


Original to Prothonotary
cc:    Joseph Grubb, Esquire, Deputy Attorney General
       Erika R. Flaschner, Esquire, Deputy Attorney General
       J'Shawn Edwards (SBI# 00885538)
       Investigative Services